IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAVIER ROMAN LEON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:23-282 |
| M.A. BOLLINGER, et al., ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Keith A. Pesto |
| Defendants. ) | |

**MEMORANDUM ORDER**

AND NOW, this 30th day of September, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on November 17, 2023, (Docket No. 14), recommending that after screening Plaintiff Javier Roman Leon's Complaint under the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2), that Plaintiff's Complaint be dismissed for failure to state a claim and that leave to amend be denied as any amendment of the deficient claims alleged against Defendants M.A. Bollinger, Alejandro Mayorkas, Warden L.J. Oddo, and GEI Secure Services TM would be futile and further directing that objections by non-ECF users such as Plaintiff were due by December 4, 2023, and no objections having been filed by the date of this Order, this matter having been recently reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's November 17, 2023 Report and Recommendation, (Docket No. 14), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint [13] is dismissed, with prejudice, and leave to amend is denied, as futile, *see Grayson v. Mayview State Hospital*, 293 F.3d 103 (3d

1

Cir. 2002); and,

      IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto
cc:    JAVIER ROMAN LEON
       A # 094223046
       MOSHANNON VALLEY PROCESSING CENTER
       555 GEO DRIVE
       PHILIPSBURG, PA 16866 (via first class mail)