IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAVIER ROMAN LEON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 3:23-282 |
| M.A. BOLLINGER, et al., | ) Judge Nora Barry Fischer |
| | ) Magistrate Judge Keith A. Pesto |
| Defendants. | ) |

**JUDGMENT**

AND NOW, this 30th day of September, 2025, the Court having entered an order dismissing Plaintiff Javier Roman Leon's Complaint, with prejudice, for reasons set forth in the accompanying Memorandum Order,

IT IS HEREBY ORDERED that final judgment is entered pursuant to Rule 58;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED;

FINALLY, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto
cc:  JAVIER ROMAN LEON
     A # 094223046
     MOSHANNON VALLEY PROCESSING CENTER
     555 GEO DRIVE
     PHILIPSBURG, PA 16866 (via first class mail)